UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RICKIE NEAL PHILLIPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 7:11-CV-00440 |
| ) | |
| STELLARONE BANK, and ) | |
| ) | |
| STELLARONE CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**JOINT REPORT OF THE PARTIES PURSUANT TO RULE 26(f)**

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, a telephone conference was held on December 7, 2011 by and between counsel for plaintiff, Rickie Neal Phillips, ("Plaintiff") and counsel for defendants, StellarOne Bank and StellarOne Corporation, ("Defendants"). The following is the case management schedule/report, which the parties jointly prepared:

1. **Scheduling Order and Federal Rules of Civil Procedure.** The parties have agreed to abide by this Court's Scheduling Order dated November 19, 2011 and the discovery limitations within the Federal Rules of Civil Procedure ("FRCP"), unless otherwise modified in this Joint Report.

2. **Initial Disclosures.** The parties will exchange pre-discovery disclosures pursuant to FRCP Rule 26(a) on or before January 11, 2012.

3. **Initial Expert Disclosures.** Plaintiff must submit the written report of each expert no later than February 6, 2012, and Defendants must submit the written report of each expert no later than 30 days from the date of Plaintiff's disclosure.

{#1478597-1, 107208-00022-01}

4. **Discovery Plan.** Discovery will be needed on the following subjects: (1) allegations and claims as alleged by the Plaintiff in the Complaint and any further matters related to the said allegations; (2) any and all relevant information in the possession of Defendants related to the allegations and claims as alleged by the Plaintiff in the Complaint and any other relevant information.

5. **Prospect of Settlement.** The parties have discussed whether or not this case may be capable of early resolution. At this time, the prospect of any such early resolution is uncertain. After some amount of discovery has been conducted in this case, the parties will revisit the issue of whether or not a Magistrate Judge assisted mediation will be beneficial.

6. **Issues of Privilege.** The parties ask that the Court deal with issues of privilege when, and if, they arise.

7. **Other Necessary Orders the Court Should Issue Under Rule 26(c) or under Rule 16(b) and (c).** Counsel will work in good faith towards the filing of a jointly approved protective order because they believe that such an order is necessary to protect the parties' confidential and proprietary business, health or other information.

Respectfully submitted this 5th day of January, 2012.

Respectfully submitted,

WOODS ROGERS PLC

THOMAS R. BAGBY (VSB # 14853)
bagby@woodsrogers.com
THOMAS M. WINN, III (VSB # 35758)
winn@woodsrogers.com
JOSHUA R. TREECE (VSB # 79149)
jtreece@woodsrogers.com
WOODS ROGERS PLC
Wachovia Tower, Suite 1400
10 South Jefferson Street
Roanoke, VA 24011

Telephone (540) 983-7600
Facsimile (540) 983-7611

Counsel for Defendants

STRICKLAND, DIVINEY & STRELKA

_____
Thomas E. Strelka (VSB # 75488)
Strickland, Diviney & Strelka
23 Franklin Road
P.O. Box 2866
Roanoke, VA 24001
Phone: (540) 982-7787
Fax: (540) 342-2909
Thomas@Strelkalaw.com

Counsel for Plaintiff